UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. MYERS,<br><br>Petitioner,<br><br>v.<br><br>BOARD OF PRISON PAROLE,<br><br>Respondent. | Case No.  25-cv-09542-RFL<br><br><br>**ORDER OF DISMISSAL** |

On November 21, 2025, the Court dismissed the habeas petition in this case with leave to file an amended petition by January 9, 2026.  (Dkt. No. 5.)  Petitioner has not filed an amended petition by the deadline.  Accordingly, this federal habeas action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Petitioner may move to reopen the case.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended petition on this Court's form.

The Clerk shall enter judgment in favor of Respondent and close the case.  A certificate of appealability is DENIED.

**IT IS SO ORDERED.**

Dated: January 26, 2026

RITA F. LIN
United States District Judge

1